United States District Court
Southern District of Texas
**ENTERED**
May 27, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Tanisha Smith,<br>    *Plaintiff,* | §<br>§<br>§ | |
| v. | § | Civil Action H-25-1215 |
| Lyft, Inc.,<br>    *Defendant.* | §<br>§<br>§<br>§ | |

## ORDER

On May 14, 2025, Magistrate Judge Peter Bray recommended that the court deny Plaintiff's Motion for Default Judgment. ECF No. 18. On May 20, 2025, Plaintiff objected to the Memorandum and Recommendation. ECF No. 20. The objections are **DENIED**. The court **ADOPTS** the memorandum and recommendation as its memorandum and opinion.

Signed at Houston, Texas, on May 23, 2025.

_____
Hon. Charles Eskridge
United States District Judge