United States District Court
Southern District of Texas
**ENTERED**
October 09, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| TANISHA SMITH, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:25-cv-01215 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| LYFT, INC, | § | |
| Defendant. | § | |

## ORDER ADOPTING
## MEMORANDUM AND RECOMMENDATION

Plaintiff Tanisha Smith proceeds here *pro se* and *in forma pauperis*. She filed a complaint against Defendant Lyft, Inc, on March 13, 2025. Dkt 1. The matter was referred for disposition to Magistrate Judge Peter Bray. Dkt 6.

Pending is a Memorandum and Recommendation by Magistrate Judge Peter Bray dated September 9, 2025. Dkt 29. He recommends that this case be dismissed without prejudice.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 29.

This case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

Signed on October 9, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge